**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, AN OHIO CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>LEXINGTON INSURANCE COMPANY, A MARYLAND CORPORATION,<br><br>   Defendants. | Case No. EDCV 12-00017 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Scottsdale Indemnity Company's Motion for Summary Judgment and Defendant Lexington Insurance Company's Cross-Motion for Summary Judgment came before this Court for hearing on November 26, 2012.

After having considered the papers and arguments submitted in support and opposition thereof, and good cause appearing therefor:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that:

- Summary Judgment is GRANTED to Defendant on Plaintiff's first claim asserting breach of duty to defend;
- Summary Judgment is GRANTED to Plaintiff on Plaintiff's second claim asserting breach of duty to indemnify and third claim for equitable indemnification;
- Plaintiff's fourth claim for declaratory relief is DISMISSED as MOOT;
- Scottsdale is awarded $1 million and one-half of the cost of defending the Phillips suit.

The Court orders that such judgment be entered.

Dated: December 21, 2012

VIRGINIA A. PHILLIPS
United States District Judge